**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANTINA A. DAVIS,<br><br>            Plaintiff,<br><br>     vs.<br><br>CIGNA HEALTHCARE,<br><br>            Defendant.<br>_____/ | CASE NO. CV-F-05-00371 AWI LJO<br><br>**ORDER TO DENY MOTION FOR DISCOVERY AND INSPECTION**<br>(Doc. 14.) |

This Court DENIES plaintiff Grantina A. Davis' ("plaintiff's") May 17, 2005 motion for discovery and inspection on grounds it seeks unclear relief which this Court is unable to provide. Plaintiff is admonished to seek discovery pursuant to the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS SO ORDERED.

**Dated:   May 19, 2005**                     **/s/ Lawrence J. O'Neill**
66h44d                                         UNITED STATES MAGISTRATE JUDGE