**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GRANTINA A. DAVIS, | CASE NO. CV-F-05-00371 LJO |
| Plaintiff, | **ORDER RE BRIEFING ON PLAINTIFF'S EX PARTE APPLICATION AND MOTION TO AMEND** (Doc. 40, 41) |
| vs. | |
| CIGNA HEALTHCARE, | |
| Defendant. | |

On February 9, 2006, plaintiff Grantrina A. Davis filed (1) an ex parte application requesting the Court find defense counsel and defendant in contempt for providing false information to the Court, and (2) motion for relief from stay and to amend the pleading.

The Court determines the ex parte application is appropriate for resolution without response by defendant. However, the Court requires briefing on plaintiff's motion for relief from the stay and to amend the pleadings.

The Court DENIES plaintiff's request for contempt. The allegations in the motion for contempt may be appropriate for amendment of the pleadings as it pertains to subsequent damage arising from this litigation.

/////

/////

1

1  /////
2
3      As to the motion for relief of stay and to amend, the Court requests briefing from defendant on
4  plaintiff's request to amend the complaint and lift the stay.  Defendant should file and serve its
5  opposition by February 27, 2006.  The Court then intends to take the motion under submission without
6  further argument pursuant to Local Rule 78-230(h).
7  IT IS SO ORDERED.
8  **Dated:    February 13, 2006**                    **/s/ Lawrence J. O'Neill**
   b9ed48                                        UNITED STATES MAGISTRATE JUDGE