IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANTINA A. DAVIS,<br><br>            Plaintiff,<br><br>    vs.<br><br>CIGNA HEALTHCARE,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 05-0371 LJO<br><br>**ORDER TO SET BRIEFING SCHEDULE AND STATUS CONFERENCE**<br><br>Date:  August 30, 2006<br>Time:  8:30 a.m.<br>Dept.:  8 (LJO) |

This Court conducted a May 25, 2006 status conference. Plaintiff Grantina A. Davis ("Ms. Davis") proceeds pro se and appeared for herself. Defendant Connecticut General Life Insurance Company ("Connecticut General") appeared by counsel Erica Hermatz, Littler Mendelson. At the status conference, Ms. Davis indicated that she wished to file a motion to address the pending arbitration before the American Arbitration Association and/or her claims. On the basis of good cause, this Court ORDERS:

   1. Ms. Davis, no later than June 8, 2006, to file and serve her motion and papers; and

   2. Connecticut General, no later June 19, 2006, to file and serve its opposition papers.

Unless this Court orders otherwise, it will consider Ms. Davis' motion on the record and without oral argument or a hearing.

This Court SETS a status conference for August 30, 2006 at 8:30 a.m. in Department 8 (LJO) to address the status of the pending arbitration. The parties are encouraged to appear at the status conference by telephone by arranging a one-line conference call and adding the Court at (559) 499-5680.

**This Court admonishes Ms. Davis that this federal court action remains stayed in favor of the pending arbitration before the American Arbitration Association and that the arbitration will continue to proceed unless this Court orders otherwise.**

IT IS SO ORDERED.

**Dated:   May 25, 2006**                              /s/ Lawrence J. O'Neill
66h44d                                               UNITED STATES MAGISTRATE JUDGE