# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANTINA A. DAVIS, | CASE NO. CV F 05-0371 LJO |
| Plaintiff, | **ORDER TO SET BRIEFING SCHEDULE AND HEARING** |
| vs. | Date: October 13, 2006 |
| CIGNA HEALTHCARE, | Time: 8:45 a.m. |
| Defendant. | Dept.: 8 (LJO) |

This Court conducted an August 30, 2006 status conference. Plaintiff Grantina A. Davis ("Ms. Davis") proceeds pro se and appeared for herself. Defendant Connecticut General Life Insurance Company ("Connecticut General") appeared by telephone by counsel Marlene Muraco, Littler Mendelson. At the status conference, the Court and the parties discussed continuing delays to conduct arbitration and Ms. Davis' objections to assigned arbitrators and unclear positions toward arbitration. To avoid further delay to conduct arbitration, this Court:

1. ORDERS Ms. Davis, no later than September 15, 2006, to file and serve any and all motions and papers to address proceeding with arbitration;

2. ORDERS Connecticut General, no later than September 26, 2006, to file and serve opposition papers;

3. ORDERS Ms. Davis, no later than October 10, 2006, to file and serve reply papers;

4. SETS a hearing on Ms. Davis' motion(s) for October 13, 2006 at 8:45 a.m. in Department 8 (LJO) of this Court. The parties may appear at the hearing by telephone

by arranging a one-line conference call and adding the Court at (559) 499-5680; and

5.   ORDERS counsel for Connecticut General to contact the American Arbitration Association ("AAA") to request that a knowledgeable AAA representative appear at the October 13, 2006 hearing to address assignment of an arbitrator. The AAA representative may appear at the hearing by telephone and by conference call with the parties.

**This Court admonishes Ms. Davis that this federal court action remains stayed in favor of the pending AAA arbitration and that the arbitration will continue to proceed unless this Court orders otherwise. This Court further admonishes Ms. Davis that this Court will dismiss this action, on motion of Connecticut General or this Court's own motion, if Ms. Davis disobeys this Court's orders and/or obstructs arbitration of Ms. Davis' claims.** *See* Local Rule 11-110.

IT IS SO ORDERED.

**Dated:   August 30, 2006**             /s/ Lawrence J. O'Neill
66h44d                                   UNITED STATES MAGISTRATE JUDGE