# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANTRINA A. DAVIS | CASE NO. **1:05-CV-00371 LJO** |
| Plaintiff, | **New case number: 1:05-CV-00371 LJO** |
| vs. | **ORDER TO REASSIGN MAGISTRATE JUDGE** |
| CIGNA HEALTHCARE, | |
| Defendants. | |

Judge O'Neill is unable to proceed as the assigned magistrate judge in this action. On the basis of good cause, United States Magistrate Judge Theresa A. Goldner is reassigned as the magistrate judge for this action. **All further papers shall bear the new case number 1:05-CV-00371 TAG.**

IT IS SO ORDERED.

**Dated:   September 20, 2006**            /s/ Lawrence J. O'Neill
b9ed48                                      UNITED STATES MAGISTRATE JUDGE

1